```
                                    FILED
                                    JUN 02 2008
                            CLERK, U.S. DISTRICT COURT
                          SOUTHERN DISTRICT OF CALIFORNIA
                          BY                        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 05CR0778-GT |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER CONTINUING REVOCATION HEARING** |
| v. | ) | |
| | ) | |
| DANIEL CAMARGO-MARTINEZ, | ) | |
| Defendant. | ) | |

FOR GOOD CAUSE, the parties' joint motion to continue the revocation hearing presently set for June 3, 2008, at 9:30 a.m., is hereby GRANTED. The sentencing hearing shall be held on July 10, 2008, at 9:00 a.m., before the Honorable GORDON THOMPSON JR..

**IT IS SO ORDERED.**

DATED: 6-2-08

GORDON THOMPSON JR.
United States District Judge